**Appellant Dismissed; Order filed July 12, 2022**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-22-00342-CV

———————

### AHMAD YAZDCHI AND ALI YAZDCHI, Appellants

### V.

### SANDRA G. O'CONNOR, Appellee

**On Appeal from the Probate Court No. 1**
**Harris County, Texas**
**Trial Court Cause No. 499,220**

## ORDER

This is an appeal from a judgment signed April 26, 2022. The notice of appeal was filed May 9, 2022. To date, our records show that appellant, **Ahmad Yazdchi**, has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code § 51.207 (appellate fees and costs). Appellant, Ali Yazdchi, has filed a statement of inability to afford payment of costs on appeal and is excused from paying the fee.

On June 14, 2022, this court ordered appellant, **Ahmad Yazdchi,** to pay the appellate filing fee on or before June 24, 2022 or appellant, **Ahmad Yazdchi**, would be subject to dismissal from this appeal without further notice. Appellant,

**Ahmad Yazdchi**, has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss appellant, **Ahmad Yazdchi**, from the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time); *Unknown Heirs v. Estate of Guitierrez*, No. 04-09-00669-CV, 2010 WL 184044 at *1 (Tex. App.—San Antonio Jan. 20, 2010, no pet.) (dismissing only appeals of appellants who failed to pay filing fee); *Olley v. Valplace Houston 1-10 West Texas LP*, No. 14-15-00386-CV, 2016 WL 299677 at *2 (Tex. App.—Houston [14th Dist.] Jan. 21, 2016, no pet.) (holding non-signatory appellant could not join other appellant's affidavit of indigence).


PER CURIAM


Panel consists of Justices Bourliot, Hassan, and Wilson.